**Harrison Benjamin KINNEY,**
**Plaintiff-Appellant,**

v.

**NOB HILL GRILL; et al.,**
**Defendants-Appellees.**

**No. 17-15255**

United States Court of Appeals,
Ninth Circuit.

Submitted February 6, 2018 *
San Francisco, California

Filed February 9, 2018

Thomas E. Frankovich, Attorney, The Frankovich Group, Chico, CA, for Plaintiff-Appellant

Ryan Patrick, Attorney, Andrew Wiegel, Attorney, Wiegel Law Group, PLC, San Francisco, CA, for Defendant-Appellee

Before: THOMAS, Chief Judge, and D.W. NELSON and CHRISTEN, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

**MEMORANDUM ***

Harrison Kinney appeals the district court's grant against him of judgment on the pleadings. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm in part and dismiss in part.

Plaintiff's claim for prospective injunctive relief under the Americans with Disabilities Act, 42 U.S.C. § 12101, *et. seq.*, became moot when the restaurant closed.

Given the absence of any available relief under federal law, the district court did not abuse its discretion in declining to exercise supplemental jurisdiction over plaintiff's state-law claims. 28 U.S.C. § 1367(c)(3); *City of Colton v. American Promotional Events, Inc.-West,* 614 F.3d 998, 1008 (9th Cir. 2010).

Given our resolution of this appeal, we need not decide any other question presented by this case.

All pending motions are denied as moot.

**AFFIRMED IN PART; DISMISSED IN PART.**

ed by Ninth Circuit Rule 36-3.